UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pharoah El-Forever Left-I Amen El,          Civ. No. 23-428 (PAM/DLM)

          Petitioner,

v.                                  **MEMORANDUM AND ORDER**

Social Security Administration,

          Respondent.

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Douglas L. Micko dated June 12, 2023. (Docket No. 10.) The R&R recommends that Petitioner Pharoah El-Forever Left-I Amen El's Petition for a Writ of Mandamus be dismissed without prejudice for failure to prosecute. Amen El did not file any objections to the R&R and the time to do so has passed. D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1.      The R&R (Docket No. 10) is **ADOPTED**;

2. The Petition for a Writ of Mandamus (Docket No. 1) is **DISMISSED without prejudice** for failure to prosecute; and

3. Petitioner's Applications to Proceed in District Court without Prepaying Fees or Costs (Docket Nos. 3, 4) are **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   July 12, 2023               *s/Paul A. Magnuson*
                                     Paul A. Magnuson
                                     United States District Court Judge